JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| PLATINUM PROPERTIES INVESTOR NETWORK, INC., a California corporation; and JASON HARTMAN, an individual,<br><br>    Plaintiffs,<br><br>        v.<br><br>NATIONWIDE INSURANCE; and DOES 1-10,<br><br>        Defendants. | Case No. SACV 14-1321 AG (JCGx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Defendant and against Plaintiffs.

Dated February 22, 2016

_____            _____

Hon. Andrew J. Guilford
United States District Judge