1
2
3
4
5
6
7
8

# THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATINUM PROPERTIES INVESTOR NETWORK, INC., a California corporation; and JASON HARTMAN, an individual, | CASE NO. 8:14-cv-01321-AG-JCG |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| vs. | |
| NATIONWIDE INSURANCE, and DOES 1 through 100, | |
| Defendants. | |

Having reviewed the papers submitted by Defendant AMCO INSURANCE COMPANY's ("AMCO") motion for an order to show cause as to why Plaintiffs PLATINUM PROPERTIES INVESTOR NETWORK, INC. and JASON HARTMAN ("Plaintiffs") should not be held in contempt for failing to comply with this Court's Orders of November 12, 2015, and February 4, 2016, by failing to pay to AMCO the total amount of $27,285.00, and having heard argument on the matter on April 7, 2016 at 2:00 p.m., and good cause existing, the Court hereby GRANTS the motion in its entirety and makes the following orders:

Plaintiffs are hereby ordered to show cause <u>in writing</u> **on or before 5:00 p.m. (PST) on April 21, 2016**, why they should not be held in contempt for failing

1   to comply with this Court's Orders of November 12, 2015 [Doc. 38] and February

2   4, 2016 [Doc. 59] by paying the fees awarded to AMCO totaling $27,285.00.

3         In addition, **a hearing will be held on April 28, 2016 at 2:00 p.m. in**

4   **Courtroom 6A**, located at 411 West Fourth Street, Santa Ana, California 92701, at

5   which time the Court will consider whether to issue an order of contempt, which

6   order could include the imposition of additional fees and/or an arrest warrant.

7         The Court expects payment in full of the $27,285.00 will be forthcoming.

8   **IT IS SO ORDERED.**

9

10   Dated:  April 8, 2016          _____

11                                Hon. Jay C. Gandhi

12                                U.S. Magistrate Judge